

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT RUSH,
JA'HVONT PAYNE,

Defendants.

8:20CR164

INDICTMENT
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)(c) & (b)(1)

The Grand Jury Charges:

## COUNT I

Beginning on or about February, 29, 2020, and continuing to on or about March 1, 2020, in the District of Nebraska and elsewhere, the defendants, ROBERT RUSH and JA'HVONT PAYNE, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 10 grams or more of a mixture or substance containing a detectable amount of an analogue of fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about March 1, 2020, in the District of Nebraska, ROBERT RUSH, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of an analogue of fentanyl, a Schedule I controlled substance, that resulted in the death of an individual, S.S.

In violation of Title 21, United States Code, Section 841(a)(1)(c) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney